JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SATISH EMRIT, | NO. CV 23-8162-PA(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE GRAMMY AWARDS d/b/a THE RECORDING ACADEMY/NARAS, | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: December 11, 2023

/s/ Percy Anderson
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE